## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BURLINGTON CAPITAL GROUP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICA FIRST CAPITAL ) <br> MANAGEMENT, LLC, ) <br> ) <br> Defendant. ) | 8:10CV193 <br><br> ORDER |

Upon notice of settlement given to the district judge's chambers on August 18, 2010, by Plaintiff's counsel,

**IT IS ORDERED that:**

1. Within 30 days of the date of this Order, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. All other deadlines are cancelled upon the representation that this case is settled.

DATED this August 18, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge